UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MALBERG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLISON DUNDAS, et al.,<br><br>　　　　　Defendants. | Case No.  5:23-cv-01005 EJD<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff in the above-entitled matter having failed to appear at the case management conference on April 6, 2023,

　　　THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

　　　The hearing on the order to show cause will be held April 13, 2023, at 10:00 a.m. in San Jose, Courtroom 4, 5th Floor.  If plaintiff fails to appear, the case may be dismissed for failure to prosecute.

　　　**IT IS SO ORDERED.**

DATED: April 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge